

# Case Assignment
# Standard Civil Assignment

Case number **3:25CV-476-DJH**

Assigned : Judge David J. Hale
Judge Code : 4415

Assigned on 7/30/2025 9:09:28 AM
Transaction ID: 115113

[ Request New Judge ]    [ Return ]