UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
<u>LOUISVILLE</u>  DIVISION

<u>KIMBERLY CARR</u>

-vs-   Case No.: <u>3:25-cv-00476-DJH</u>

<u>HUMANA INC</u>

## MOTION FOR ADMISSION *PRO HAC VICE*

Comes now <u>Andrew Roman Perrong</u>, Applicant herein, and moves this Court to grant my admission to the United States District Court for the Western District of Kentucky *pro hac vice* to represent <u>KIMBERLY CARR</u> in this case.

1. Applicant is an attorney and a member of the law firm (or practices under the name of) <u>Perrong Law LLC</u>

    with offices at

    Mailing address: <u>2657 Mount Carmel Avenue</u>

    City, State, Zip Code: <u>Glenside, PA 19038</u>

    Telephone: <u>215-225-5529</u>

    E-Mail: <u>a@perronglaw.com</u>

2. Applicant is admitted to practice, currently in active status, and in good standing as an attorney in the following United States courts **OR** the highest court of the following states:

| U.S. Court/State: | Admission Date: | Bar No.: |
|---|---|---|
| SEE ATTACHED | SEE ATTACHED | SEE ATTACHED |
| | | |
| | | |
| | | |

# EXHIBIT A

Admissions of Andrew Roman Perrong, Esq.

State Courts:

| Jurisdiction | Date of Admission | Bar Number | Status |
|---|---|---|---|
| Pennsylvania | 10/10/2023 | 333687 | Good Standing |
| Oregon | 09/19/2024 | 243320 | Good Standing |

Federal Courts:

| Jurisdiction | Date of Admission | Bar Number | Status |
|---|---|---|---|
| E.D. Pennsylvania | 10/10/2023 | 333687 | Good Standing |
| E.D. Texas | 10/16/2023 | 333687PA | Good Standing |
| N.D. Illinois | 11/6/2023 | N/A | Good Standing |
| E.D. Michigan | 11/14/2023 | N/A | Good Standing |
| S.D. Texas | 11/17/2023 | 3865285 | Good Standing |
| N.D. Texas | 11/22/2023 | 333687PA | Good Standing |
| W.D. Texas | 12/12/2023 | 333687 | Good Standing |
| D. Colorado | 12/15/2023 | 2662056 | Good Standing |
| M.D. Pennsylvania | 04/05/2024 | N/A | Good Standing |
| D. New Mexico | 08/06/2024 | 24-238 | Good Standing |
| N.D. New York | 09/17/2024 | 705756 | Good Standing |
| D. Connecticut | 11/12/2024 | CT31815 | Good Standing |
| W.D. Oklahoma | 11/27/2024 | 24-217 | Good Standing |
| E.D. Missouri | 1/14/2025 | 333687PA | Good Standing |
| W.D. New York | 1/21/2025 | N/A | Good Standing |
| S.D. Indiana | 3/7/2025 | N/A | Good Standing |
| E.D. Wisc. | 4/2/2025 | N/A | Good Standing |
| W.D. Ark. | 4/14/2025 | N/A | Good Standing |
| W.D. Wisc. | 4/25/2025 | N/A | Good Standing |

Circuit Courts of Appeal:

| Jurisdiction | Date of Admission | Bar Number | Status |
|---|---|---|---|
| Third Circuit | 11/08/2023 | N/A | Good Standing |
| Second Circuit | 09/24/2024 | N/A | Good Standing |

3. Applicant HAS NOT ☑ been disbarred, suspended from practice or subject to any disciplinary action by any court, Bar, or other admitting or licensing authority. Applicant HAS ☐ been disbarred, suspended from practice or subject to any disciplinary action by any court, Bar, or other admitting or licensing authority. Please explain.

_____
_____

4. Applicant consents to the jurisdiction and rules of the Kentucky Supreme Court governing professional conduct and acknowledges having reviewed General Order 23-11 of the Western District of Kentucky and agrees to pay all required renewal fees.

5. I have completed training for mandatory electronic case filing through ☐ the Kentucky Bar Association CLE course OR ☑ on-line tutorial authorized class room training OR ☐ other method Please explain:

_____
_____
_____

6. Applicant tenders with this Motion the following:

   ☑   The required *pro hac vice* motion fee of $150.00

Wherefore, Applicant prays that this Court enter an order permitting the admission of **Andrew Roman Perrong** to the Western District of Kentucky *pro hac vice* for this case only.

_____
[Signature of Atty to be admitted - Hand Signed]

If filed by an attorney other than the applicant, please complete the section below

_____
Signature
_____
Mailing Address
_____
City/State
_____
Zipcode
_____
Telephone
_____
Email

Motions to appear pro hac vice are governed by LR 83.2 and LCrR 57.2. Pursuant to said rules, the Attorney General or any other bar member of the Department of Justice, or of any federal agency, including federal public defenders or panel attorneys that cross district lines, or any attorney appointed pursuant to the Criminal Justice Act, need not seek admission *pro hac vice*.

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE   DIVISION

KIMBERLY CARR

-vs-                                                         Case No.: 3:25-cv-00476-DJH

HUMANA INC

## ORDER FOR ADMISSION *PRO HAC VICE*

The motion for admission to practice *pro hac vice* in the above-captioned matter is granted. The Applicant, Andrew Roman Perrong, is permitted to argue or try this case in whole or in part as counsel for KIMBERLY CARR. Further, the Applicant is ordered to pay all admission fees, including annual renewal fees, as required by General Order 23-11.