**United States District Court**
**Western District of Kentucky**
**501 Broadway, Room 127**
**Paducah, Kentucky 42001**
www.kywd.uscourts.gov

**TO:**   Martha Kohlstrand
Bryan Cave Leighton Paisner LLP - St. Louis
211 North Broadway, Suite 3600
St. Louis, MO 63102-2750

**CASE NUMBER: 3-25-cv-476-DJH**

**DATE:** 8/22/2025

## NOTICE

Our attorney admission records indicate that you have not been admitted to practice before the Bar of this Court.  An attorney who has not been admitted to the Bar of the Court may, in accordance with LR 83.2 and LCrR 57.2, seek leave of the Court to practice in a particular case. For information regarding the admission process to this court please visit https://www.kywd.uscourts.gov/attorney-admission.

Please be advised that you have 17 days from this date in which to comply with this local rule. Failure to comply will result in this matter being brought to the attention of the presiding judge in this case.

*JAMES J. VILT, JR., CLERK*
By:    s/ Kelly Atkins
         Deputy Clerk