IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| **KIMBERLY CARR,** individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>**HUMANA INC.**<br><br>*Defendant.* | Case No. 3:25-cv-00476-DJH<br><br>**CLASS ACTION**<br><br>**JURY TRIAL DEMANDED** |

## PROPOSED AGREED ORDER GRANTING EXTENSION OF TIME

The Plaintiff, Kimberly Carr, with the consent of Defendant Humana Inc. respectfully requests that the agreed order be entered granting her an extension of time to September 18, 2025 in order to oppose Defendant's Motion to Dismiss (ECF No. 7). This additional time is required to address all of the arguments made in the motion as well as due to the press of existing prior business and obligations.

Dated: September 3, 2025

Plaintiff,
By Counsel

*/s/ Andrew Roman Perrong*
Andrew Roman Perrong, Esq.
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, Pennsylvania 19038
Phone: 215-225-5529 (CALL-LAW)
Facsimile: 888-329-0305
a@perronglaw.com
*Attorney for Plaintiff and Proposed Class*

2

**CERTIFICATE OF SERVICE**

    I, Andrew Roman Perrong, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this date.

    DATED this September 4, 2025.

                                      */s/ Andrew Roman Perrong*
                                      Andrew Roman Perrong, Esq.