# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

| | |
|---|---|
| **KIMBERLY CARR,** individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>**HUMANA INC.**<br><br>*Defendant.* | Case No. 3:25-cv-00476-DJH<br><br>**CLASS ACTION**<br><br>**JURY TRIAL DEMANDED** |

## [PROPOSED AGREED ORDER]
## GRANTING MOTION FOR EXTENSION OF TIME

This matter having come before the Court on the Proposed Agreed Order of Plaintiff for an Extension of Time to File a Response to the Defendant's Motion to Dismiss until and including September 18, 2025, and the Court being sufficiently advised, IT IS HEREBY ORDERED that Plaintiff's Unopposed Motion for an Extension of Time is GRANTED, and Plaintiff is granted an additional extension of time to file a Response to the Motion to Dismiss until and including September 18, 2025.

DATED this _____.

_____

J.