UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
Western DIVISION

KIMBERLY CARR

-vs-

Case No.: 3 25-CV-476-DJH

HUMANA INC

## MOTION FOR ADMISSION *PRO HAC VICE*

Comes now Darci F. Madden, Applicant herein, and moves this Court to grant my admission to the United States District Court for the Western District of Kentucky *pro hac vice* to represent HUMANA INC. in this case

1. Applicant is an attorney and a member of the law firm (or practices under the name of) BRYAN CAVE LEIGHTON PAISNER LLP

   with offices at

   Mailing address: 211 N. Broadway, Suite 3600

   City, State, Zip Code: St. Louis, MO 63102

   Telephone: 314-259-2366

   E-Mail: darci.madden@bclplaw.com

2. Applicant is admitted to practice, currently in active status, and in good standing as an attorney in the following United States courts **OR** the highest court of the following states:

| U.S. Court/State: | Admission Date | Bar No.: |
|---|---|---|
| See Attached Exhit A | | |
| | | |
| | | |
| | | |
| | | |

3. Applicant HAS NOT ☐ been disbarred, suspended from practice or subject to any disciplinary action by any court, Bar, or other admitting or licensing authority. Applicant HAS ☒ been disbarred, suspended from practice or subject to any disciplinary action by any court, Bar, or other admitting or licensing authority. Please explain.
Subject to disciplinary action. See attached Exhibit B.

4. Applicant consents to the jurisdiction and rules of the Kentucky Supreme Court governing professional conduct and acknowledges having reviewed General Order 23-11 of the Western District of Kentucky and agrees to pay all required renewal fees.

5. I have completed training for mandatory electronic case filing through ☐ the Kentucky Bar Association CLE course **OR** ☒ on-line tutorial authorized class room training **OR** ☐ other method Please explain:

6. Applicant tenders with this Motion the following:

    ☒ The required *pro hac vice* motion fee of $150.00

Wherefore, Applicant prays that this Court enter an order permitting the admission of Darci F. Madden to the Western District of Kentucky *pro hac vice* for this case only.

*/s/ Darci F. Madden*
[Signature of Atty to be admitted - Hand Signed]

If filed by an attorney other than the applicant, please complete the section below

*/s/ Michael P. Abate*
Signature
710 West Main Street, 4th Floor
Mailing Address
Louisville, KY
City/State
40202
Zipcode
502-540-8280
Telephone
mabate@kaplanjohnsonlaw.com
Email

Motions to appear pro hac vice are governed by LR 83.2 and LCrR 57.2. Pursuant to said rules, the Attorney General or any other bar member of the Department of Justice, or of any federal agency, including federal public defenders or panel attorneys that cross district lines, or any attorney appointed pursuant to the Criminal Justice Act, need not seek admission *pro hac vice*.

## **Exhibit A**

Darci F. Madden is currently admitted to practice in the following state jurisdictions:

- Missouri, admitted 9/24/1999, attorney identification number 51463 (good standing)
- Illinois, admitted 5/4/2000, attorney identification number 6271662 (good standing)

Darci F. Madden is admitted to practice in the following federal jurisdictions:

- U.S. District Court for the Eastern District of Missouri – 03/04/2000 (good standing)
- U.S. District Court for the Western District of Missouri – 10/18/2013 (good standing)
- U.S. District Court for the Northern District of Illinois – 04/22/2022 (good standing)
- U.S. District Court for the Southern District of Illinois – 06/19/2000 (good standing)
- U.S. District Court for the Central District of Illinois – 10/18/2013 (good standing)
- U.S. District Court for the District of Colorado – 06/03/2009 (good standing)
- U.S. Court of Appeals for the Second Circuit – 04/27/2023 (good standing)
- U.S. Court of Appeals for the Fourth Circuit – 10/8/2013 (good standing)
- U.S. Court of Appeals for the Fifth Circuit – 10/26/2018 (good standing)
- U.S. Court of Appeals for the Seventh Circuit – 10/18/2013 (good standing)
- U.S. Court of Appeals for the Eighth Circuit – 10/11/2013 (good standing)
- U.S. Court of Appeals for the Ninth Circuit – 08/4/2017 (good standing)
- U.S. Court of Appeals for the Tenth Circuit – 11/22/2021 (good standing)
- U.S. Court of Appeals for the Eleventh Circuit – 12/20/2018 (good standing)

**Exhibit B**

On March 17, 2025, I was formally reprimanded by Judge Michael Ryan of the Superior Court of the State of Washington for the County of King in the matter *Rose v Pharmacia, LLC*. I was not one of the trial lawyers in that matter, but rather served as a member of the appellate preservation/legal issues team. Judge Ryan found that the four trial counsel in that case had violated a scheduling order by disclosing supplemental opinions from two experts after the date for disclosure had passed. The *Rose* matter began as two separate cases, in which the defendant had two different sets of experts addressing similar neurological complaints made by each set of plaintiffs. After the cases were consolidated over Pharmacia's objection less than 4 months before trial, Pharmacia attempted to consolidate its experts, in an effort to streamline the presentation of the evidence at trial and defend the case within the strict time limits imposed by the court. The judge originally issued monetary sanctions against all 8 attorneys representing Pharmacia whose names appeared in the signature block of a brief opposing the plaintiff's motion to strike the supplemental opinions, but the court rescinded the monetary sanctions against myself and three others who were not involved in the late disclosure. Following the motion to reconsider, the court formally reprimanded me and three other attorneys "for not speaking up and speaking out against their co-counsel's flagrant violations of the Court's scheduling order" based on his finding that although "their involvement in the matter seems marginal at best.. they were aware of the issues and there is no evidence in this record that they did anything to prevent the violation of the Court's orders." An appeal of this order is currently pending.