UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
Western DIVISION

KIMBERLY CARR

-vs-                                                    Case No.: 3 25-CV-476-DJH

HUMANA INC

### ORDER FOR ADMISSION *PRO HAC VICE*

The motion for admission to practice *pro hac vice* in the above-captioned matter is granted The Applicant, Darci F Madden, is permitted to argue or try this case in whole or in part as counsel for HUMANA INC. Further, the Applicant is ordered to pay all admission fees, including annual renewal fees, as required by General Order 23-11.