UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
Louisville DIVISION

Kimberly Carr

-vs-

Case No.: 3:25-cv-00476-DJH

Humana Inc.

### ORDER FOR ADMISSION *PRO HAC VICE*

The motion for admission to practice *pro hac vice* in the above-captioned matter is granted. The Applicant, Justin D. Kingsolver, is permitted to argue or try this case in whole or in part as counsel for Humana Inc. . Further, the Applicant is ordered to pay all admission fees, including annual renewal fees, as required by General Order 23-11.