**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
<u>Western</u>    **DIVISION**


<u>KIMBERLY CARR</u>

-vs-                                                        Case No.: <u>3:25-cv-476-DJH</u>

<u>HUMANA INC.</u>

### ORDER FOR ADMISSION *PRO HAC VICE*

   The motion for admission to practice *pro hac vice* in the above-captioned matter is granted.
The Applicant, <u>Martha Kohlstrand</u>, is permitted to argue or try this case in whole or in part as
counsel for <u>HUMANA INC.</u>                                        . Further,
the Applicant is ordered to pay all admission fees, including annual renewal fees, as required by
General Order 23-11.