IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| **KIMBERLY CARR,** individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>**HUMANA INC.**<br><br>*Defendant.* | Case No.<br>3:25-cv-00476-DJH |

**AGREED ORDER**
**GRANTING MOTION FOR EXTENSION OF TIME**

This matter having come before the Court on the Proposed Agreed Order of Plaintiff for an Extension of Time to File a Response to the Defendant's Motion to Dismiss until and including September 18, 2025, and the Court being sufficiently advised, IT IS HEREBY ORDERED that Plaintiff's Unopposed Motion for an Extension of Time is GRANTED, and Plaintiff SHALL file a Response to the Motion to Dismiss on or before September 18, 2025.

September 5, 2025

David J. Hale, Judge
United States District Court