## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF KENTUCKY
## LOUISVILLE DIVISION

| | |
|---|---|
| **KIMBERLY CARR,** individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>*v.*<br><br>**HUMANA INC.**<br><br>*Defendant.* | Case No.<br>3:25-cv-00476-DJH<br><br>**CLASS ACTION**<br><br>**JURY TRIAL DEMANDED** |

## <u>PROPOSED AGREED ORDER GRANTING EXTENSION OF TIME</u>

The Plaintiff, Kimberly Carr, with the consent of Defendant Humana Inc. respectfully requests that the agreed order be entered granting her an extension of time to September 22, 2025 in order to oppose Defendant's Motion to Dismiss (ECF No. 7). This additional time is required to allow Plaintiff's counsel to attend to a personal matter.

AGREED TO BY:

Plaintiff,
By Counsel

Dated: September 17, 2025

*/s/ Andrew Roman Perrong*
Andrew Roman Perrong, Esq.
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, Pennsylvania 19038
Phone: 215-225-5529 (CALL-LAW)
Facsimile: 888-329-0305
a@perronglaw.com
*Attorney for Plaintiff and Proposed Class*

*/s/ Michael P. Abate*
Michael P. Abate (With Permission)
Kaplan Johnson Abate & Bird LLP
710 W. Main St., 4th Floor
Louisville, KY 40202
Phone: (502) 450-8280
mabate@kaplanjohnsonlaw.com
*Attorney for Defendant*

## CERTIFICATE OF SERVICE

I, Andrew Roman Perrong, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this date.

DATED this September 17, 2025.

*/s/ Andrew Roman Perrong*
Andrew Roman Perrong, Esq.