# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

| | |
|---|---|
| **KIMBERLY CARR,** individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>**HUMANA INC.**<br><br>*Defendant.* | Case No. 3:25-cv-00476-DJH<br><br>**CLASS ACTION**<br><br>**JURY TRIAL DEMANDED** |

## [PROPOSED AGREED ORDER]
## GRANTING MOTION FOR EXTENSION OF TIME

This matter having come before the Court on the Proposed Agreed Order of Plaintiff for an Extension of Time to File a Response to the Defendant's Motion to Dismiss until and including September 22, 2025, and the Court being sufficiently advised, IT IS HEREBY ORDERED that Plaintiff's Unopposed Motion for an Extension of Time is GRANTED, and Plaintiff is granted an additional extension of time to file a Response to the Motion to Dismiss until and including September 22, 2025.

DATED this _____.

_____

J.

AGREED TO BY:

Plaintiff,
By Counsel

Dated: September 17, 2025

*/s/ Andrew Roman Perrong*
Andrew Roman Perrong, Esq.
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, Pennsylvania 19038
Phone: 215-225-5529 (CALL-LAW)
Facsimile: 888-329-0305
a@perronglaw.com
*Attorney for Plaintiff and Proposed Class*


*/s/ Michael P. Abate*
Michael P. Abate (With Permission)
Kaplan Johnson Abate & Bird LLP
710 W. Main St., 4th Floor
Louisville, KY 40202
Phone: (502) 450-8280
mabate@kaplanjohnsonlaw.com
*Attorney for Defendant*