IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| **KIMBERLY CARR,** individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>**HUMANA INC.**<br><br>*Defendant.* | Case No. 3:25-cv-00476-DJH<br><br>**CLASS ACTION**<br><br>**JURY TRIAL DEMANDED** |

### AGREED ORDER
### GRANTING MOTION FOR EXTENSION OF TIME

    This matter having come before the Court on the Proposed Agreed Order of Plaintiff for an Extension of Time to File a Response to the Defendant's Motion to Dismiss until and including September 22, 2025, and the Court being sufficiently advised, IT IS HEREBY ORDERED that Plaintiff's Unopposed Motion for an Extension of Time is GRANTED, and Plaintiff is granted an additional extension of time to file a Response to the Motion to Dismiss until and including September 22, 2025.

September 18, 2025

David J. Hale, Judge
United States District Court

AGREED TO BY:

        Plaintiff,
        By Counsel

        */s/ Andrew Roman Perrong*
        Andrew Roman Perrong, Esq.
        Perrong Law LLC
        2657 Mount Carmel Avenue
        Glenside, Pennsylvania 19038
        Phone: 215-225-5529 (CALL-LAW)
        Facsimile: 888-329-0305
        a@perronglaw.com
        *Attorney for Plaintiff and Proposed Class*


        */s/ Michael P. Abate*
        Michael P. Abate (With Permission)
        Kaplan Johnson Abate & Bird LLP
        710 W. Main St., 4th Floor
        Louisville, KY 40202
        Phone: (502) 450-8280
        mabate@kaplanjohnsonlaw.com
        *Attorney for Defendant*