## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF KENTUCKY
## LOUISVILLE DIVISION

| | |
|---|---|
| **KIMBERLY CARR,** individually and on behalf of all others similarly situated, *Plaintiff*, v. **HUMANA INC.** *Defendant.* | Case No. 3:25-cv-00476-DJH **CLASS ACTION** **JURY TRIAL DEMANDED** |

### [PROPOSED ORDER DENYING] DEFENDANT'S MOTION TO DISMISS

AND NOW, this _____ day of _____, 2025, it is hereby ORDERED that the Defendant's Motion to Dismiss is hereby DENIED.

*BY THE COURT:*

_____

, J.

1