IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| **KIMBERLY CARR,** individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>**HUMANA INC.**<br><br>*Defendant.* | Case No. 3:25-cv-476-DJH<br><br>**CLASS ACTION**<br><br>**JURY TRIAL DEMANDED** |

## NOTICE TO WITHDRAW AS COUNSEL

Pursuant to LR 83.6, Martha Kohlstrand, of the law firm Bryan Cave Leighton Paisner, LLP, moves this court to permit her to withdraw as counsel of record for Defendant, Humana Inc. Ms. Kohlstrand is changing jobs and will no longer be practicing with the law firm of Bryan Cave Leighton Paisner. All other counsel of record who have appeared on behalf of Hamana Inc. continue to represent Humana Inc. in this matter.

Dated: March 5, 2026

Respectfully submitted,

By: */s/Martha Kohlstrand*
Martha Kohlstrand, Esq (Admitted pro hac vice)
Bryan Cave Leighton Paisner LLP
90 Cascade Ave., Suite 1300
Colorado Springs, CO 80903
(303) 417-8516

Attorney for Defendant
Humana, Inc.

## CERTIFICATE OF SERVICE

  The undersigned certifies that on March 5, 2026, a copy of the foregoing was served on counsel through the ECF system.

                   */s/  Martha Kohlstrand*