USDC KYWD - Notice Of Deficiency (Rev. 1/09)

# United States District Court
# Western District of Kentucky
# at Louisville

## *NOTICE OF DEFICIENCY*

**TO:**                              Attorney Martha Kohlstrand

**CASE #:**                          3:25-cv-476-DJH

**STYLE OF CASE:**                   Carr v. Humana Inc.

**DOCUMENT TITLE:**                  [24] Amended Motion to Withdraw as Attorney

**DATE:**                            3/9/2026

**BY:**                              Jason Mayfield
                                     *DEPUTY CLERK*

*Please be advised that the recent filing of the above cited document with the Clerk's Office is deficient as indicated below:*

**NO ORDER. Proposed order not submitted with Motion.**
***(LR 7.1(e))***

**YOU ARE GRANTED <u>7 DAYS</u> FROM THIS DATE TO REMEDY THE DEFICIENCY OR DEFICIENCIES IDENTIFIED ABOVE.   <u>FAILURE TO COMPLY WITHIN 7 DAYS, WITHOUT GOOD CAUSE SHOWN, WILL RESULT IN THIS MATTER BEING BROUGHT TO THE ATTENTION OF THE COURT</u>**

**If you are receiving a notice of deficiency because you failed to attach a proposed order or another document with your pleading, please follow these instructions:**

1) Prepare a pleading entitled "Notice of Filing (name of document you are filing) _____. "Make sure your notice is styled for our court and contains the attorney's signature block.
2) Go into our ECF system and select the event, *"Notice-other* " found under the notices category.
3) Your Notice of filing will serve as your main document. Your proposed order or other document will be an attachment.
4) The ECF system will allow you to bring up the docket sheet and link back to an existing entry. Please link your notice to the filing that was deficient.
5) When you get to your docket text screen, you will see the word, "NOTICE" followed by a white text box.  This box should be used to add additional text to further describe your notice. For example, If you are tendering to the court a "proposed order", you would make the docket text read, "NOTICE *of filing proposed order."*

If you need electronic filing assistance, please contact the Help Desk at (866) 822-8305