**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION**

| | |
|---|---|
| **KIMBERLY CARR,** individually and on behalf of all others similarly situated, | Case No. 3:25-cv-00476-DJH |
| *Plaintiff,* | **CLASS ACTION** |
| *v.* | **JURY TRIAL DEMANDED** |
| **HUMANA INC.** | |
| *Defendant.* | |

**MOTION FOR LEAVE TO FILE
NOTICE OF SUPPLEMENTAL
AUTHORITY IN SUPPORT OF HER RESPONSE
IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS**

Plaintiff respectfully seeks leave of court to file the attached proposed Notice of Supplemental Authority attached herein as Exhibit A. Defendant's motion to dismiss is currently pending before the Court. Among the issues presented are (1) whether Plaintiff may assert a private right of action under the caller ID regulations codified at 47 C.F.R. § 64.1601(e), and (2) whether Plaintiff has stated a direct liability claim. Since the completion of briefing on Defendant's motion, three courts have issued decisions directly relevant to these questions.

These three decisions, issued within the past month, constitute persuasive authority directly on point to the issues currently before this Court. Plaintiff respectfully submits that the Court's consideration of Defendant's pending motion would be aided by reference to these decisions. The Notice of Supplemental Authority attached as Exhibit A is brief and does not present new arguments. It solely calls the Court's attention to recent highly relevant authority.

Wherefore, Plaintiff respectfully requests that she be granted leave of Court to file the Notice

Notice of Supp. Authority                          1

of Supplemental Authority attached as Exhibit A.

Dated: March 19, 2026

> /s/ Andrew Roman Perrong
> Andrew Roman Perrong, Esq.
> Perrong Law LLC
> 2657 Mount Carmel Avenue
> Glenside, Pennsylvania 19038
> Phone: 215-225-5529 (CALL-LAW)
> Facsimile: 888-329-0305
> a@perronglaw.com

## CERTIFICATE OF SERVICE

I certify that I filed the foregoing via ECF on the below date, which will automatically send a copy to all attorneys of record on the case.

March 19, 2026

> /s/ Andrew Roman Perrong
> Andrew Roman Perrong, Esq.