**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

| | |
|---|---|
| **KIMBERLY CARR,** individually and on behalf of all others similarly situated, | Case No. 3:25-cv-00476-DJH |
| *Plaintiff,* | **CLASS ACTION** |
| *v.* | **JURY TRIAL DEMANDED** |
| **HUMANA INC.** | |
| *Defendant.* | |

**[PROPOSED ORDER GRANTING]**
**MOTION FOR LEAVE TO FILE**
**NOTICE OF SUPPLEMENTAL**
**AUTHORITY IN SUPPORT OF HER RESPONSE**
**IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS**

And now, this _____ day of _____, 2026, it is hereby

ordered that the Plaintiff's motion is Granted. The Court grants Plaintiff leave to file the attached

Notice of Supplemental Authority.

*BY THE COURT:*

_____, J.

Notice of Supp. Authority                    1