UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

KIMBERLY CARR )
)
    Plaintiff, ) Civil Action No. 3:25-CV-476-DJH
)
v. )
)
HUMANA INC. ) **ORDER FOR MEETING AND**
) **REPORT**
    Defendants. )

\*\*\*   \*\*\*   \*\*\*   \*\*\*

It is hereby **ORDERED**:

1. Magistrate Judge Regina S. Edwards will conduct a telephonic Rule 16 case management conference on **April 24, 2026 11:30 a.m.**  To participate in the conference, the parties shall use the following dial in information: 1-650-479-3207, Access Code 2316 055 1079. Counsel who participate on behalf of any party (a) shall be fully prepared to discuss all aspects of the case; (b) shall be empowered to bind all counsel for that party with respect to dates agreed upon or ordered; and (c) shall have authority to enter into stipulations and to make admissions regarding all matters that the participants reasonably anticipate may be discussed.  Any request for a change of the conference date shall be made to Magistrate Judge Edwards's Case Manager, Ashley Henry, at ashley_henry@kywd.uscourts.gov.

2. The parties shall file a joint report outlining the proposed discovery plan and informing the Court whether prompt settlement of the case is possible, no later than **April 20, 2026**. The report shall advise the Court as to the following:

1

(a) the names of the attorneys participating in the Rule 26(f) conference and the date of the conference;

(b) a brief description of the facts and issues in the case;

(c) the discovery plan stating the parties' views and proposals on each of the items set forth in Federal Rule of Civil Procedure 26(f)(3) and in paragraph (2) of this Order;

(d) the date the parties will complete (or have already completed) the initial disclosures required by Rule 26(a)(1);

(e) a proposed discovery plan that includes:

    (i)  a description of the subjects that require discovery;

    (ii) dates for commencing and completing both fact and expert discovery;

    (iii) any perceived issues regarding the maximum allowable number of interrogatories, requests for admission, and/or depositions;

    (iv) dates for exchanging reports of expert witnesses;

    (v) dates for supplementations under Rule 26(e);

(f)  dates for the plaintiff to amend pleadings or to join parties;

(g) dates for the defendant to amend pleadings or to join parties;

(h) dates to file dispositive motions;

(i)  the parties' estimate of the time necessary to file pretrial motions and materials, including Rule 26(a)(3) witness lists, designations of witnesses whose testimony will be presented by deposition, and exhibit lists;

(j)  final dates to file objections under Rule 26(a)(3);

(k) the parties' belief as to whether the matter is suitable for some form of alternative dispute resolution such as mediation or a settlement conference;

(l) the parties' estimate as to the probable length of trial;

(m) the dates mutually convenient with counsel to assign this case for trial; and

(n) whether the parties consent to the jurisdiction of a Magistrate Judge in the matter for *all* purposes including entry of judgment pursuant to 28 U.S.C. §636(c).

3. Any party required to file a disclosure statement pursuant to Federal Rule of Civil Procedure 7.1 that has not already done so, shall file a Rule 7.1 disclosure statement at the time of the parties' joint status report.

Date: March 25, 2026

**ENTERED BY ORDER OF THE COURT**
**REGINA S. EDWARDS**
**UNITED STATES MAGISTRATE JUDGE**
**JAMES J. VILT, JR., CLERK**
**By:** *Ashley Henry,* **Deputy Clerk**

cc:    Counsel of record

3