**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY**

| | |
|---|---|
| **KIMBERLY CARR,** individually and on behalf of all others similarly situated, | Case No. 3:25-cv-476-DJH |
| *Plaintiff,* | **CLASS ACTION** |
| *v.* | **JURY TRIAL DEMANDED** |
| **HUMANA INC.** | |
| *Defendant.* | |

<u>**ORDER GRANTING AMENDED MOTION
TO WITHDRAW AS COUNSEL**</u>

Before the Court is Martha Kohlstrand's Motion to Withdraw as Counsel for Defendant Humana Inc. ("Motion"). The Court, having reviewed the Motion, and being sufficiently advised, HEREBY GRANTS the Motion and approves Martha Kohlstrand withdrawal as counsel for Defendant Humana, Inc.