# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
Western_____**DIVISION**

KIMBERLY CARR

-vs-

Case No.: 3 25-CV-00476-DJH_____

HUMANA INC.

## MOTION FOR ADMISSION *PRO HAC VICE*

Comes now Janessa E. Jean Jacques_____, Applicant herein, and moves this Court to grant my admission to the United States District Court for the Western District of Kentucky *pro hac vice* to represent HUMANA INC._____ in this case.

1. Applicant is an attorney and a member of the law firm (or practices under the name of)
   BRYAN CAVE LEIGHTON PAISNER LLP_____

   with offices at

   Mailing address:    2 North Central Ave, Suite 2100_____

   City, State, Zip Code: Phoenix, AZ 85004_____

   Telephone:    602-364-7111_____

   E-Mail:    janessa.jeanjacques@bclplaw.com_____

2. Applicant is admitted to practice, currently in active status, and in good standing as an attorney in the following United States courts **AND** the highest court of the following states:

| U.S. Court/State: | Admission Date: | Bar No.: |
|---|---|---|
| Arizona (State) | November 2022 | 037889 |
| Arizona (U.S. District Court) | December 2022 | 037889 |
| | | |
| | | |
| | | |

3.  Applicant HAS NOT ☑ been disbarred, suspended from practice or subject to any disciplinary action by any court, Bar, or other admitting or licensing authority. Applicant HAS ☐ been disbarred, suspended from practice or subject to any disciplinary action by any court, Bar, or other admitting or licensing authority.  Please explain.

    _____

    _____

4.  Applicant consents to the jurisdiction and rules of the Kentucky Supreme Court governing professional conduct and acknowledges having reviewed General Order 23-11 of the Western District of Kentucky and agrees to pay all required renewal fees.

5.  I have completed training for mandatory electronic case filing through ☐ the Kentucky Bar Association CLE course **OR** ☑ on-line tutorial **OR** ☐ authorized class room training **OR** ☐ other method Please explain:

    _____

    _____

    _____

6.  Applicant tenders with this Motion the following:

    ☑    The required *pro hac vice* motion fee of $150.00

Wherefore, Applicant prays that this Court enter an order permitting the admission of Janessa E. Jean Jacques to the Western District of Kentucky *pro hac vice* for this case only.

_____
[Signature of Atty to be admitted - Hand Signed]

If filed by an attorney other than the applicant, please complete the section below

/s/ Michael P. Abate
_____
Signature

710 West Main Street, 4th Floor
_____
Mailing Address

Louisville, KY
_____
City/State

40202
_____
Zip Code

502-540-8280
_____
Telephone

mabate@kaplanjohnsonlaw.com
_____
Email

Motions to appear pro hac vice are governed by LR 83.2 and LCrR 57.2. Pursuant to said rules, the Attorney General or any other bar member of the Department of Justice, or of any federal agency, including federal public defenders or panel attorneys that cross district lines, or any attorney appointed pursuant to the Criminal Justice Act, need not seek admission *pro hac vice.*