**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
Western_____**DIVISION**

KIMBERLY CARR_____

-vs-                                                          Case No.: 3 25-CV-00476-DJH_____

HUMANA INC._____

## ORDER FOR ADMISSION *PRO HAC VICE*

The motion for admission to practice *pro hac vice* in the above-captioned matter is granted. The Applicant, Janessa E. Jean Jacques , is permitted to argue or try this case in whole or in part as counsel for HUMANA INC._____. Further, the Applicant is ordered to pay all admission fees, including annual renewal fees, as required by General Order 23-11.