UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

KIMBERLY CARR                                                          Plaintiff

v.                                                    Civil Action No. 3:25-cv-476-DJH

HUMANA INC.                                                           Defendant

\* \* \* \* \*

## SCHEDULING ORDER

The Court conducted a telephonic status conference in this matter on April 24, 2026, with the following counsel participating:

| | |
|---|---|
| For Plaintiff: | Andrew Roman Perrong |
| For Defendant: | Darci F. Madden, Janessa E. Jean Jacques, and Michael P. Abate |

Based on a discussion, it is hereby

**ORDERED** as follows:

(1)     Initial disclosures pursuant to FRCP 26(a)(1) shall be completed no later than **April 30, 2026**.

(2)     Any motion to join additional parties or amend pleadings shall be filed no later than **June 26, 2026**.

(3)     Fact discovery on all issues related to the named plaintiff's claims and whether Rule 23 requirements for certification are met shall be completed no later than **September 25, 2026**. Before filing any discovery motion, all counsel must do two things. First, make a good-faith effort to resolve the dispute. *See* Local Rule 37.1. The Court will not entertain discovery motions unless counsel have conferred or attempted to confer with opposing counsel or other affected parties.

1

Second, contact the Magistrate Judge to schedule a telephonic conference concerning the discovery dispute counsel have failed to resolve. Counsel shall email Case Manager Ashley Henry at ashley_henry@kywd.uscourts.gov to identify the dispute and schedule the conference, copying all counsel of record. The email should not contain substantive legal arguments or recitations of the underlying facts, and should treat opposing counsel with respect and professional courtesy. **At least 24 hours before the conference, or sooner if directed by Ms. Henry, the parties shall submit via email brief memoranda (limited to 5 pages) outlining the dispute more thoroughly.** If the dispute persists after the telephonic conference with the Magistrate Judge, the moving party may submit a written motion. The motion must certify that, and explain how, counsel have conferred in good faith but remain unable to resolve the dispute.

(4)     Identification of experts on all issues related to class certification shall be due

By Plaintiff:          no later than **October 2, 2026**, with depositions to be completed no later than **October 23, 2026;**

By Defendant:      no later than **November 13, 2026**, with depositions to be completed no later than **December 4, 2026**.

(5)     Any motion for class certification shall be filed no later than **January 29, 2027**, with responses to be filed no later than **February 19, 2027**, and replies, if any, to be filed no later than **March 5, 2027**.

(6)     Counsel shall file a joint status report no later than **July 24, 2026**. The report should provide details regarding the status of discovery, including what discovery has been completed, what discovery remains, any issues that have arisen in discovery, and any efforts to resolve such disputes. The report shall also detail the parties' positions on settlement of the case and whether they desire a settlement conference be scheduled with the undersigned. The Parties

2

are warned that failure to file a timely joint status report complying with the above requirements could result in the scheduling of show-cause proceedings.

Date:  April 24, 2026

**ENTERED BY ORDER OF THE COURT**

**REGINA S. EDWARDS**
**UNITED STATES MAGISTRATE JUDGE**
**JAMES J, VILT, JR., CLERK**
 By: /s/ *Ashley Henry*
   **Deputy Clerk**

cc: Counsel of Record

0|15