**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

| | |
|---|---|
| **KIMBERLY CARR,** individually and on behalf of all others similarly situated, | Case No. 3:25-cv-00476-DJH |
| *Plaintiff,* | **CLASS ACTION** |
| *v.* | **JURY TRIAL DEMANDED** |
| **HUMANA INC.** | |
| *Defendant.* | |

## PROPOSED AGREED ORDER GRANTING EXTENSION OF TIME TO AMEND PLEADINGS OR ADD PARTIES

The Plaintiff, Kimberly Carr, with the consent of Defendant Humana Inc. respectfully requests that the agreed order be entered granting her an extension of time to July 27, 2026 in order to amend pleadings or add parties. This additional time is required to ascertain the additional parties that Plaintiff may seek to add, including as a result of third-party discovery and first-party discovery currently pending.

AGREED TO BY:

Dated: June 26, 2026

Plaintiff,
By Counsel

*/s/ Andrew Roman Perrong*
Andrew Roman Perrong, Esq.
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, Pennsylvania 19038
Phone: 215-225-5529 (CALL-LAW)
Facsimile: 888-329-0305
a@perronglaw.com
*Attorney for Plaintiff and Proposed Class*

/s/ Michael P. Abate
Michael P. Abate (With Permission)
Kaplan Johnson Abate & Bird LLP
710 W. Main St., 4th Floor
Louisville, KY 40202
Phone: (502) 450-8280
mabate@kaplanjohnsonlaw.com
*Attorney for Defendant*

## CERTIFICATE OF SERVICE

I, Andrew Roman Perrong, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this date.

DATED this June 26, 2026.

/s/ Andrew Roman Perrong
Andrew Roman Perrong, Esq.