**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY**

**KIMBERLY CARR,** individually and on behalf of all others similarly situated,

*Plaintiff,*

v.

**HUMANA INC.**

*Defendant.*

Case No. 3:25-cv-476-DJH

**Notice of Change of Address**

Please take notice that the address of counsel of record for Defendant, Michael P. Abate and Burt A. Stinson of the firm Kaplan Johnson Abate & Bird LLP, has changed as follows:

**Old Address:**
710 W. Main St., 4th Floor
Louisville, KY 40202

**New Address:**
471 W. Main St., Suite 203
Louisville, KY 40202

Respectfully submitted,

*/s/ Burt A. Stinson*
Michael P. Abate
Burt A. ("Chuck") Stinson Kaplan
Johnson Abate & Bird LLP
471 W. Main St., Suite 203
Louisville, KY 40202
(502) 450-8280
mabate@kaplanjohnsonlaw.com
cstinson@kaplanjohnsonlaw.com

## CERTIFICATE OF SERVICE

I certify that on June 30, 2026, a copy of the foregoing was served on all counsel of record through the Court's CM/ECF filing system

                                            /s/    *Burt A. Stinson*