# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF KENTUCKY
### LOUISVILLE DIVISION

| | |
|---|---|
| **KIMBERLY CARR,** individually and on behalf of all others similarly situated, | Case No. 3:25-cv-00476-DJH |
| *Plaintiff,* | **CLASS ACTION** |
| *v.* | **JURY TRIAL DEMANDED** |
| **HUMANA INC.** | |
| *Defendant.* | |

## AGREED ORDER
## GRANTING MOTION FOR EXTENSION OF TIME

This matter having come before the Court on the Proposed Agreed Order of Plaintiff for an Extension of Time to Amend Pleadings and Add Parties until and including August 27, 2026, and the Court being sufficiently advised, IT IS HEREBY ORDERED that Plaintiff's Unopposed Motion for an Extension of Time is GRANTED, and Plaintiff is granted the requested extension until and including August 27, 2026.

July 27, 2026

Regina S. Edwards, Magistrate Judge
United States District Court

AGREED TO BY:

Plaintiff,
By Counsel

Dated: July 24, 2026

*/s/ Andrew Roman Perrong*
Andrew Roman Perrong, Esq.
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, Pennsylvania 19038
Phone: 215-225-5529 (CALL-LAW)
Facsimile: 888-329-0305
a@perronglaw.com
*Attorney for Plaintiff and Proposed Class*

/s/ Darci Madden (with permission)
Darci Madden
Bryan Cave Leighton Paisner LLP
211 North Broadway, Suite 3600,
St. Louis, MO 63102
T: 314-259-2366
darci.madden@bclplaw.com
*Attorney for Defendant*