**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

**KIMBERLY CARR**                                                              **PLAINTIFF**

**v.**                                                **CIVIL ACTION NO. 3:25-CV-476-DJH**

**HUMANA INC.**                                                            **DEFENDANT**

**ORDER**

A telephonic status conference was conducted in this matter on August 6, 2026. Andrew Roman Perrong participated on behalf of the plaintiff. Darci F. Madden and Michael P. Abate participated on behalf of the defendant.

Based on a discussion, the parties advised the Court of the potential need to amend the pleadings and extend the deadlines further. Counsel shall confer and file a joint status report no later than **August 14, 2026**. Along with the status report, the parties shall include a separate agreed revised scheduling order for the Court's consideration.

Date: August 6, 2026          **ENTERED BY ORDER OF COURT:**
                              **REGINA S. EDWARDS, MAGISTRATE JUDGE**
                              **UNITED STATES DISTRICT COURT**
                              **JAMES J. VILT, JR., CLERK**
                              **By:    /s/  Ashley Henry**
                                        **Deputy Clerk**

Copies to counsel

0|15