**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

| | |
|---|---|
| **KIMBERLY CARR,** individually and on behalf of all others similarly situated, | Case No. 3:25-cv-00476-DJH |
| *Plaintiff,* | **CLASS ACTION** |
| *v.* | **JURY TRIAL DEMANDED** |
| **HUMANA INC.** | |
| *Defendant.* | |

**[PROPOSED] AGREED REVISED SCHEDULING ORDER**

This matter having come before the Court on the parties' Joint Status Report and tendered Agreed Revised Scheduling Order, submitted pursuant to the Court's August 6, 2026 Order (ECF No. 44), and the Court being otherwise sufficiently advised, IT IS HEREBY ORDERED that the deadlines set forth in the Court's April 24, 2026 Scheduling Order (ECF No. 36) are AMENDED as follows:

(1)     The deadline for any motion to join additional parties or amend the pleadings remains **August 27, 2026**, as previously ordered. See ECF No. 43.

(2)     Any party added to this action by amended complaint shall serve initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1) no later than **October 30, 2026**, or thirty (30) days after that party's first appearance in this action, whichever is later.

(3)     Fact discovery on all issues related to the named plaintiff's claims and whether Rule 23 requirements for certification are met shall be completed no later than **March 5, 2027**.

1

The meet-and-confer and pre-motion conference requirements set forth in paragraph (3) of the April 24, 2026 Scheduling Order (ECF No. 36) remain in full force and effect.

(4)     Identification of experts on all issues related to class certification shall be due:

By Plaintiff: no later than **March 12, 2027**, with depositions to be completed no later than **April 2, 2027**;

By Defendants: no later than **April 23, 2027**, with depositions to be completed no later than **May 14, 2027**.

(5)     Any motion for class certification shall be filed no later than **July 9, 2027**, with responses to be filed no later than **July 30, 2027**, and replies, if any, to be filed no later than **August 13, 2027**.

(6)     Counsel shall file a joint status report no later than **January 8, 2027**. The report shall comply with the requirements set forth in paragraph (6) of the April 24, 2026 Scheduling Order (ECF No. 36).

(7)     All other provisions of the April 24, 2026 Scheduling Order (DN 36) not expressly modified herein remain in full force and effect.


Date: _____


_____
REGINA S. EDWARDS
UNITED STATES MAGISTRATE JUDGE

2

**TENDERED AND AGREED TO BY:**

<u>/s/ Andrew Roman Perrong</u>
Andrew Roman Perrong, Esq.
Perrong Law LLC
1669 Edgewood Road, Suite 218
Yardley, PA 19067
Phone: 215-225-5529 (CALL-LAW)
Facsimile: 888-329-0305
a@perronglaw.com
*Attorney for Plaintiff and the Proposed Class*

<u>/s/ Darci Madden (with permission)</u>
Darci Madden
Bryan Cave Leighton Paisner LLP
211 North Broadway, Suite 3600,
St. Louis, MO 63102
T: 314-259-2366
darci.madden@bclplaw.com
*Attorney for Defendant*

## CERTIFICATE OF SERVICE

I, Andrew Roman Perrong, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this date.

DATED this August 13, 2026.

<u>/s/ Andrew Roman Perrong</u>
Andrew Roman Perrong, Esq.