**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

| | |
|---|---|
| **KIMBERLY CARR,** individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>*v.*<br><br>**HUMANA INC.**<br><br>*Defendant.* | Case No. 3:25-cv-00476-DJH<br><br>**CLASS ACTION**<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF SETTLEMENT

The Parties respectfully notify the Court that they have agreed to settle this matter. The Parties intend to file a stipulation of dismissal within sixty days.

Dated: August 27, 2026

/s/ Andrew Roman Perrong
Andrew Roman Perrong, Esq.
Perrong Law LLC
1669 Edgewood Road, Suite 218
Yardley, PA 19067
Phone: 215-225-5529 (CALL-LAW)
Facsimile: 888-329-0305
a@perronglaw.com
*Attorney for Plaintiff and the Proposed Class*

/s/ Darci Madden (with permission)
Darci Madden
Bryan Cave Leighton Paisner LLP
211 North Broadway, Suite 3600,
St. Louis, MO 63102
T: 314-259-2366
darci.madden@bclplaw.com
*Attorney for Defendant*

**CERTIFICATE OF SERVICE**

I, Andrew Roman Perrong, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this date.

DATED this August 27, 2026.

/s/ Andrew Roman Perrong
Andrew Roman Perrong, Esq.