UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

KIMBERLY CARR, Plaintiff,

v. Civil Action No. 3:25-cv-476-DJH-RSE

HUMANA INC., Defendant.

* * * * *

**ORDER**

The parties having agreed to a settlement of all matters in this case (Docket No. 48), and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that this action is **DISMISSED** without prejudice. All dates and deadlines previously set in this matter are **VACATED**.

The parties shall tender an agreed order of dismissal with prejudice within **sixty (60) days** of entry of this Order. The Court will entertain a motion to redocket the action within sixty (60) days of entry of this Order in the event the settlement is not consummated.

August 28, 2026

**David J. Hale, Chief Judge**
**United States District Court**