**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

| | |
|---|---|
| **KIMBERLY CARR,** individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>*v.*<br><br>**HUMANA INC.**<br><br>*Defendant.* | Case No. 3:25-cv-00476-DJH<br><br>**CLASS ACTION**<br><br>**JURY TRIAL DEMANDED** |

Plaintiff and Defendant, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby file this Joint Stipulation of Dismissal with prejudice of the Plaintiff's individual claims, with each party to bear their own fees and costs. All parties have reviewed this stipulation.

RESPECTFULLY SUBMITTED AND DATED this 30th day of September, 2026.

s/Andrew Roman Perrong
Andrew Roman Perrong
a@perronglaw.com
Perrong Law LLC
1669 Edgewood Road, Suite 218
Yardley, PA 19067
215-225-5529
Lead Attorney for Plaintiff and the Proposed Class

s/Michael P. Abate
Michael P. Abate (With Permission)
Kaplan Johnson Abate & Bird LLP
471 W. Main St., Suite 203
Louisville, KY 40202
(502) 540-8280
mabate@kaplanjohnsonlaw.com

s/Darci Madden
Darci Madden (*admitted pro hac vice) (With Permission)*
Justin Kingsolver (*admitted pro hac vice*)
Janessa Jean Jacques (*admitted pro hac vice*)
Bryan Cave Leighton Paisner LLP
211 N. Broadway, Suite 3600
St. Louis, MO 63102
(314) 259-2000
darci.madden@bclplaw.com
justin.kingsolver@bclplaw.com
Janessa.jeanjacques@bclplaw.com

**CERTIFICATE OF SERVICE**

I certify that I filed the foregoing via ECF on the below date.

Dated: September 30, 2026

s/Andrew Roman Perrong
Andrew Roman Perrong
a@perronglaw.com
Perrong Law LLC
1669 Edgewood Road, Suite 218
Yardley, PA 19067
215-225-5529
Lead Attorney for Plaintiff and the Proposed Class